

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

**MEMO ENDORSED**

VIA CM/ECF

March 26, 2021

U.S. District Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Mercer v. The Williamsburg Winery, LTD.*, **Case No.:1:20-cv-10594-KPF**

Dear District Judge Failla:

      This office represents Plaintiff Stacey Mercer ("Plaintiff") in connection with the above-referenced action. As previously reported, the above-referenced action has been settled and a settlement agreement has been drafted and provided to the defendant. Respectfully, we are requesting together with counsel for the defendant, a final stay of all deadlines and conferences, for an additional twenty one (21) days so that the parties can finalize the settlement agreement.

      We thank this Honorable Court for its time and consideration in this matter.

      Respectfully submitted,

      BASHIAN & PAPANTONIOU, P.C.

      */s/ Erik M. Bashian*
      _____
      Erik M. Bashian, Esq.

cc:    Paul F. Millus, Esq. *(via ECF)*

```
Application GRANTED.

Dated:    March 26, 2021
          New York, New York
```

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

500 OLD COUNTRY ROAD, SUITE 302, GARDEN CITY, NEW YORK 11530  T: (516) 279-1555  F: (516) 213-0339  WWW.BASHPAPLAW.COM