

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey



VIA CM/ECF

April 15, 2021

U.S. District Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: *Mercer v. The Williamsburg Winery, LTD.*, **Case No.:1:20-cv-10594-KPF**

Dear District Judge Failla:

  This office represents Plaintiff Stacey Mercer ("Plaintiff") in connection with the above-referenced action.  As previously reported, the above-referenced action has been settled and a settlement agreement has been drafted and executed by all parties.  Respectfully, we are requesting together with counsel for the defendant, a final stay of all deadlines and conferences, for an additional fourteen (14) days so that the defendant can fulfill a condition of the settlement agreement.

  We thank this Honorable Court for its time and consideration in this matter.

           Respectfully submitted,

           BASHIAN & PAPANTONIOU, P.C.

           */s/ Erik M. Bashian*
           _____
           Erik M. Bashian, Esq.


cc: Paul F. Millus, Esq. *(via ECF)*

Application GRANTED.

Dated:    April 15, 2021                SO ORDERED.
          New York, New York

                                        *[signature: Katherine Polk Failla]*

                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE